FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 27, 2026

SEAN F. McAVOY, CLERK

AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

CARLOS MUNOZ-LUIS,

   *Plaintiff*

     v.

FRANKLIN COUNTY SUPERIOR COURTS
ADMINISTRATION and RUBY OCHOA,

   *Defendant*

)
)
)
)
)
)

Civil Action No. 4:25-cv-05182-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:    Pursuant to the Order at ECF No. 16, ECF No. 15 is DISMISSED with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2).

Judgment of Dismissal with prejudice is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke.

Date:  05/27/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*